# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MARIA CARLSEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06 C 1967 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| P.O. KEVIN RAMIREZ and P.O. NORRIS, individually | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT

Now comes the Plaintiff, Maria Carlsen, by and through her attorneys, Gregory E. Kulis & Associates, Ltd., and in support of said motion, hereby states as follows:

1. A jury verdict was entered in this case on Thursday, November 8, 2007.

2. The Plaintiff contends that this verdict was entered contrary to the manifest weight of the evidence.

3. The Plaintiff and all the Plaintiff's witnesses testified that at no time did Maria Carlsen ever waive here finger or invade the space of Officer Ramirez.

4. The Defendant and his witnesses describe numerous contradictory scenarios of the alleged occurrence.

5. In addition thereto, the charge that Officer Ramirez placed against Maria Carlsen was that he reasonably felt he was going to be subjected to a battery.

6. The incident occurred in the lobby of the Schiller Park Police Station with other officers and employees of Schiller Park present.

7. Officer Ramirez testified that at no time was he fearful of Maria Carlsen.

8. At no time was Officer Ramirez fearful of Maria Carlsen, a 57 year old

grandmother.

9. Officer Ramirez said he had to be cognizant of his personal space because he has a weapon, but Officer Ramirez testified <u>that at no time did he feel that Maria Carlsen</u> was going to attempt to disarm him.

10. There was no evidence that Officer Ramirez reasonably believed that he would be subjected to a battery.

11. There is no evidence that Officer Ramirez has probable cause to arrest Maria Carlsen for aggravated assault.

12. There is no evidence that a jury could have reasonably determined that there was probable cause to arrest Maria Carlsen for aggravated assault.

Wherefore, the Plaintiff, Maria Carlsen, requests that this Honorable Court grant a judgment notwithstanding the verdict.

        Respectfully submitted,

        Maria Carlsen

        By: <u>/s/ Gregory E. Kulis</u>
        Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830